DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WORTH GROUP, INC.,** a Florida corporation**, ANDREW WILSHIRE,**
individually**,** and **EUGENIA MILDNER,** individually,
Appellants,

v.

**GREENBERG TRAURIG, P.A.,** a Florida professional association**,** and
**GREENBERG TRAURIG, LLP,** a limited liability partnership**,** collectively
d/b/a **GREENBERG TRAURIG**,
Appellees.

No. 4D17-3395

[September 27, 2018]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502016CA009839XXXXMB.

Kara Berard Rockenbach of Link & Rockenbach, P.A., West Palm Beach, and Justus W. Reid of Reid Burman Lebedeker, West Palm Beach, for appellants.

Stuart H. Singer and Carl E. Goldfarb of Boies Schiller Flexner LLP, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***